UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NESTOR ANDRES ARRIETA PATERNINA,**<br><br>Plaintiff,<br><br>v.<br><br>**SERGIO ALBARRAN ET AL**,<br><br>Defendants. | Case No.: 4:25-CV-10378-YGR<br><br>**ORDER PROHIBITING REMOVAL**<br><br>Re: Dkt. No. 4 |

The Court will hold a hearing on petitioner Nestor Andres Arrieta Paternina's petition for a writ of habeas corpus on Tuesday, December 17, 2025. The hearing will be conducted via Zoom video conference.

In order to protect this Court's jurisdiction, and pending further order of the Court, defendants are **BARRED** from transferring Petitioner out of this District or removing him from the country, until these proceedings have concluded.

**IT IS SO ORDERED**.

Date: **December 3, 2025**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**