Andrea Reyes Corena (SBN 346051)
CARECEN SF
3101 Mission Street, Suite 101
San Francisco, CA 94110
Telephone: (415) 529-1705
areyes@carecensf.org

*Attorney for Petitioner*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| NESTOR ANDRES ARRIETA PATERNINA<br><br>PETITIONER,<br><br>v.<br><br>SERGIO ALBARRAN, ACTING FIELD OFFICE DIRECTOR OF THE SAN FRANCISCO IMMIGRATION AND CUSTOMS ENFORCEMENT OFFICE; TODD LYONS, ACTING DIRECTOR OF UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, PAMELA BONDI, ATTORNEY GENERAL OF THE UNITED STATES, ACTING IN THEIR OFFICIAL CAPACITIES,<br><br>RESPONDENTS. | CASE NO. 4:25-CV-10378-YGR<br><br>**JOINT STATEMENT REGARDING CASE SCHEDULE AND [PROPOSED] ORDER** |

JOINT STATEMENT REGARDING CASE SCHEDULE AND [PROPOSED] ORDER
4:25-cv-10378-YGR

1

1. The Court's preliminary injunction order (ECF No. 15) instructed the parties to meet and confer with respect to a case schedule and file a joint statement no later than January 5, 2026.

2. As ordered, the parties have met and conferred and jointly propose the following case schedule:

> Respondents' return: January 19, 2026
>
> Petitioner's traverse: January 30, 2026

DATED: December 18, 2025

Respectfully submitted,

*/s/ Andrea Reyes Corena*
ANDREA REYES CORENA
CARECEN SF
*Attorney for Petitioner-Plaintiff*

CRAIG H. MISSAKIAN
United States Attorney

*/s/ William Skewes-Cox*
WILLIAM SKEWES-COX
Special Assistant United States Attorney
*Attorneys for Respondents-Defendants*

## ATTESTATION

In compliance with Civil L.R. 5-1(i)(3), I, Andrea Reyes Corena, attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: December 18, 2025      By:   */s/ Andrea Reyes Corena*
                                    ANDREA REYES CORENA

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the parties' proposed schedule is hereby ADOPTED as the ORDER of the Court. Respondents shall file their return on or before January 19, 2026. Petitioner shall file his traverse on or before January 30, 2026.

IT IS SO ORDERED.

DATED: December 18, 2025

HONORABLE YVONNE GONZALEZ ROGERS
United States District Judge

JOINT STATEMENT REGARDING CASE SCHEDULE AND [PROPOSED] ORDER
4:25-cv-10378-YGR

1